# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| BAIMADAJIE ANGWANG<br><br><br><br>*Plaintiff(s)*<br><br>v.<br><br>UNITED STATES OF AMERICA, CITY OF NEW YORK, MICHAEL RICCIARDI, MIGUEL IGLESIAS, DANIEL S. CUTTER, EDWARD CABAN, and BRIAN SPARBER<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 26-cv-00478 JPC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America
c/o U.S. Attorney's Office, Jay Clayton, Esq.
United States Attomey;Southern District of New York,
26 Federal Plaza, 37th F.loor, New York, New York 10278;

See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Fred Lichtmacher
The Law Office of Fred Lichtmacher PC
159 West 25th Street Room 510
New York NY 10001
212 922 9066
empirestatt@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/21/2026

/S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-cv-00478 JPC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Rider to Baimadajie Angwang v USA et al 26-478 JPC

United States of America:
c/o U.S. Attorney General Pamela Bondi,
950 Pennsylvania Avenue NW. Washington DC 20530
City of New York: 100 Church Street, New York, New York 10007
Michael Ricciardi: 1 Police Plaza, New York, New York 10038
Miguel Iglesias: 1 Police Plaza, New York, New York 10038
Daniel S. Cutter: 1 Police Plaza, New York, New York 10038
Edward Caban: 1 Police Plaza, New York, New York 10038
Brian Sparber: 1 Police Plaza, New York, New York 10038