**UNITED STATES DISTRICT COURT**
**STATE OF NEW YORK, COUNTY OF SOUTHERN DISTRICT**
Client: FRED LICHTMACHER
Address: 116 WEST 23RD ST., STE#500 NEW YORK , NY 10011

**Job #:** 1621253

| BAIMADAJIE ANGWANG | | **Index Number:** 1:26-CV-00478-JPC |
|---|---|---|
| *vs* | *Plaintiff* | **Client's File No.:** angwang vs. usa |
| UNITED STATES OF AMERICA ET AL | | **Court Date:** |
| | *Defendant* | **Date Filed:** 01/21/2026 |

**JEREMY COLEY**, affirms and says:

# AFFIRMATION OF SERVICE

Affirmant is not a party herein; is over the age of 18 years and resides in the State of New York.

On 1/29/2026, at 11:53 AM at: 100 CHURCH STREET , NEW YORK , NY 10007 affirmant served the within SUMMONS IN A CIVIL ACTION - COMPLAINT

On: **CITY OF NEW YORK** , Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**
By delivering thereat a true copy of each to ARITON MARKE personally. affirmant knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said individual to be Clerk authorized to accept service thereof.

☒ **#2 DESCRIPTION**

| | | |
|---|---|---|
| Gender: Male | Race: White | Color of hair: Brown |
| Age: 30 | Height: 5ft 9in - 6ft 0in | Weight: 161-200 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

I affirm on 01/30/2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

JEREMY COLEY
DCA License # 2112646-DCA

