UNITED STATES DISTRICT COURT
STATE OF NEW YORK, COUNTY OF SOUTHERN DISTRICT
Client: FRED LICHTMACHER
Address: 116 WEST 23RD ST., STE#500 NEW YORK , NY 10011

**Job #: 1625954**

| BAIMADAJIE ANGWANG | | |
|---|---|---|
| | *Plaintiff* | Index Number: 1:26-CV-00478-JPC |
| **vs**<br>UNITED STATES OF AMERICA ET AL | | Client's File No.: angwang vs. usa |
| | | Court Date: |
| | *Defendant* | Date Filed: 01/21/2026 |

Christopher Crespo, affirms and says:

# AFFIRMATION OF SERVICE

Affirmant is not a party herein; is over the age of 18 years and resides in the State of New York.

On 3/11/2026, at 3:02 PM at: **86 CHAMBERS STREET , NEW YORK , NY 10286** affirmant served the within **SUMMONS IN A CIVIL ACTION - COMPLAINT**

On: **UNITED STATES OF AMERICA C/O U.S. ATTORNEY'S OFFICE** , Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**
By delivering thereat a true copy of each to OSIAH GORDON personally. affirmant knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said individual to be General Agent authorized to accept service thereof.

☒ **#2 DESCRIPTION**

| Gender: Male | Race: Black | | Color of hair: Black/Gray |
|---|---|---|---|
| Age: 60 | Height: 5ft 4in - 5ft 8in | Weight: 131-160 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☒ **#4 OTHER**
ADDITIONAL COPY SENT TO UNITED STATES OF AMERICA C/O ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA AT MAIN JUSTICE BUILDING 950 PENNSYLVANIA AVENUE N.W. WASHINGTON, D.C. 20530 VIA CERTIFIED MAIL ON 3/17/26.

I affirm on 03/17/2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Christopher Crespo
DCA License # 2119895-DCWP



*PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA*