UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x

BAIMADAJIE ANGWANG,

                                           Plaintiff,          **NOTICE OF APPEARANCE**

           -against-

UNITED STATES OF AMERICA, et al.,          26 Civ. 478 (JPC)

                                         Defendants.

------------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that **RANDY NANDLALL**, Assistant Corporation Counsel,

hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New York,

Steven Banks, for Defendant City of New York.

Dated: New York, New York
       March 17, 2026

                                  **STEVEN BANKS**
                                  CORPORATION COUNSEL OF THE
                                      CITY OF NEW YORK
                                  *Attorney for Defendant City of New York*
                                  100 Church Street
                                  New York, New York 10007

                           By:   */s/ Randy Nandlall*
                                  Randy Nandlall
                                  *Assistant Corporation Counsel*
                                  Special Federal Litigation Division

cc:    **VIA ECF**
       Fred Lichtmacher
       *Attorney for Plaintiff*