UNITED STATES DISTRICT COURT
STATE OF NEW YORK, COUNTY OF SOUTHERN DISTRICT
Client: FRED LICHTMACHER
Address: 116 WEST 23RD ST., STE#500 NEW YORK , NY 10011

**Job #: 1628903**

| | | |
|---|---|---|
| BAIMADAJIE ANGWANG | | **Index Number: 1:26-CV-00478-JPC** |
| | | |
| **VS** _Plaintiff_ | | **Client's File No.: angwang vs. usa** |
| UNITED STATES OF AMERICA ET AL | | **Court Date:** |
| | _Defendant_ | **Date Filed: 01/21/2026** |

Christopher Crespo, affirms and says:

# AFFIRMATION OF SERVICE

Affirmant is not a party herein; is over the age of 18 years and resides in the State of New York.

On 3/31/2026, at 1:45 PM at: 1 POLICE PLAZA, ROOM 110A, NEW YORK, NY 10038 affirmant served the within SUMMONS IN A CIVIL ACTION - COMPLAINT

On: EDWARD CABAN, Defendant therein named.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to PETER GARCIA (Co-Worker) a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**

| Gender: Male | Race: Hispanic | | Color of hair: Black |
|---|---|---|---|
| Age: 37 | Height: 5ft 9in - 6ft 0in | Weight: 161-200 Lbs. | Other Features: BEARD |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

☒ **#6 MAILING**
On 03/31/2026 affirmant enclosed a copy of same in a postpaid envelope properly addressed to EDWARD CABAN at 1 POLICE PLAZA, ROOM 110A, NEW YORK, NY 10038 [] Actual Place of Residence [X] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

I affirm on 04/01/2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_C C_

_____
Christopher Crespo
DCA License # 2119895-DCWP



_PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 Lic#2003142-DCA_